**No. 09-1548. King Chi Lum, Petitioner v. Kauai County Council, et al.**

562 U.S. 839, 131 S. Ct. 200, 178 L. Ed. 2d 44, 2010 U.S. LEXIS 5933.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 860.